CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534


Attorney for Defendant
ELIGIO SANTAMARIA-LOPEZ


**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA , ) | 1:08-CR-0028 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION AND ORDER |
| ) | TO CONFINUE SENTENCING |
| ELIGIO SANTAMARIA LOPEZ, ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the sentencing currently set for March 29, 2010 at 1:30 pm be continued to April 19, 2010 at 9:00 am.  The purpose of the continuance is to allow defense counsel to sufficiently investigate a prior state conviction that will have a significant impact on defendant's sentencing.

///

| | | |
|---|---|---|
| 1 | DATED: March 26, 1020 | */s/ Carl M. Faller* |
| 2 | | CARL M. FALLER |
| | | Attorney for Defendant |
| 3 | | Tarlochan Lasher |

/s/ Kathleen A. Servatius
KATHLEEN A. SERVIATIUS
Attorney for the
United States of America

   IT IS HEREBY ORDERED that the sentencing in this matter be continued until April 19, 2010 at 9:00 am.

DATED: March 26, 1020                              __/s/ OLIVER W. WANGER_____
                                                   OLIVER W. WANGER
                                                   Senior United States District Judge