CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
ELIGIO SANTAMARIA-LOPEZ

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:08-cr-00280 OWW |
| Plaintiff, | )<br>) STIPULATION TO CONTINUE<br>) SENTENCING AND ORDER |
| vs. | ) |
| ELIGIO SANTAMARIA-LOPEZ, | )<br>) |
| Defendant. | )<br>) |

It is hereby stipulated by and between the parties hereto, through their respective

attorneys of record, as follows:

The sentencing hearing in this matter is currently set for August 30, 2010 at 9:00 am.  By

agreement of the parties it is respectfully stipulated and requested that this hearing be continued

until September 20, 2010 at 9:00 am.  The reason for the continuance is to allow counsel for the

defendant and the government to further evaluate possible sentencing issues regarding the

defendant's qualification for the "safety valve" provision of the sentencing guidelines.

Dated:  August 26, 2010

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

///

///

BENJAMIN B. WAGNER
United States Attorney


By      /s/ Kathleen A. Servatius_____
        KATHLEEN A. SERVATIUS
        Assistant U.S. Attorney
        Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for August 30, 2010, at 9:00 am, be

continued to September 20, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated:   **August 27, 2010**            _____/s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE